## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANEESHA BRYANT,** | : |
| | : |
| **Plaintiff** | :     **CIVIL ACTION NO. 3:14-CV-1062** |
| | : |
| **v.** | :        **(JUDGE MANNION)** |
| | : |
| **WILKES-BARRE HOSPITAL,** | : |
| **COMPANY, LLC,** | |
| | : |
| **Defendant** | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1)  The defendant's amended motion to dismiss plaintiff's complaint, (Doc. 10), is **DENIED**; and

(2)  The plaintiff's motion for the court to conduct oral argument on defendant's motion, (Doc. 17), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: FEBRUARY 10, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1062-01-ORDER.wpd