# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANEESHA BRYANT,** : | |
| : | |
| Plaintiff | **CIVIL ACTION NO. 3:14-CV-1062** |
| : | |
| v. | **(JUDGE MANNION)** |
| : | |
| **WILKES-BARRE HOSPITAL,** : | |
| **COMPANY, LLC,** | |
| : | |
| Defendant | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The defendant's motion for summary judgment, (Doc. 33), is **DENIED**; and

(2) By separate order, the court will schedule a final pre-trial conference.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 17, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1062-02-ORDER.wpd