# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANEESHA BRYANT,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-1062 |
| v | : | |
| **WILKES-BARRE HOSPITAL COMPANY, LLC,** | : | (JUDGE MANNION) |
| | : | |
| Defendant | | |

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion in limine to preclude the Hospital from presenting any evidence regarding her Facebook page, (Doc. 59), is **GRANTED IN PART AND DENIED IN PART**, as specified in the court's memorandum.

2. The Hospital's motion to preclude plaintiff from making any reference to Community Health Systems' ownership interest in the Hospital, (Doc. 61), is **DENIED**.

3. The Hospital's motion to preclude plaintiff from introducing the Pharmacology Workbook into evidence, (Doc. 63), is **DENIED**.

4. The Hospital's motion to preclude testimony regarding Helen Rosengrant's personal feelings, (Doc. 65), is **GRANTED IN PART AND DENIED IN PART**, as specified in the court's memorandum.

5. The Hospital's motion to preclude Rosengrant from testifying about the reasons for her resignation from the Hospital, (Doc. 67), is **DENIED**.

6. The Hospital's motion to exclude witnesses, (Doc. 78), is **GRANTED IN PART AND DENIED IN PART**, as specified in the court's memorandum.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 6, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1062-03-Order.wpd